

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 23, 2021

**By E-Mail**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    **Re:**   *United States v. Jamal Harris, et al.*, 21 Mag. 11104

Dear Judge Krause:

    In light of the arrests of the defendants in the above-referenced case, the Government respectfully requests that the Court unseal the Complaint.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Kevin Sullivan
    Assistant United States Attorney
    (914) 993-1924

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: November 23, 2021